UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21431-DPG

NATHAN ROWAN, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

THE FRANCHISE CONSULTING
COMPANY, INC., a Florida corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement agreement and stipulated dismissal. The parties request 30 days to file their stipulated dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines.

    COLE, SCOTT & KISSANE, P.A.
    Attorneys for Defendant
    222 Lakeview Ave., Suite 120
    West Palm Beach, Florida 33401
    Telephone: (561) 383-9203
    Facsimile: (561) 683-8977
    E-mail: jonathan.vine@csklegal.com
    E-mail: jillian.sidisky@csklegal.com

By:  /s/ *Jillian Sidisky*
      S. JONATHAN VINE
      FBN: 10966
      JILLIAN SIDISKY
      FBN: 113611

        */s/ Avi Kaufman*
        Avi R. Kaufman (FL Bar no. 84382)
        kaufman@kaufmanpa.com
        Rachel E. Kaufman (FL Bar no. 87406)
        rachel@kaufmanpa.com
        KAUFMAN P.A.
        400 NW 26th Street
        Miami, FL 33127
        Telephone: (305) 469-5881

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 4, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.